**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | No. 4:10CR00163 JLH | |
| CONNIE GUFFEY | | DEFENDANT |

## ORDER

Pursuant to the motion to dismiss indictment filed by the United States of America, the indictment against Connie Guffey is hereby dismissed.

IT IS SO ORDERED this 13th day of January, 2012.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE